**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 95-30129
Summary Calendar

IN THE MATTER OF:  MAURINE F. ROOHANI,

Debtor.

MAURINE F. ROOHANI,

Appellee,

versus

LOUISIANA STUDENT FINANCIAL ASSISTANCE
COMMISSION and LOUISIANA OFFICE OF STUDENT
FINANCIAL ASSISTANCE,

Appellants.

Appeal from the United States District Court
for the Eastern District of Louisiana
(94-CV-3649)
(  July 13, 1995    )

Before KING, JOLLY and DeMOSS, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself; and as a result thereof have concluded that the findings and conclusions of the bankruptcy judge in his memorandum opinion of July 19, 1994, which has been

---

[*] Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

affirmed by the district court on appeal by its Order of January 3, 1995, are not clearly erroneous and the judgment of the district court is therefore AFFIRMED.